UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
Jonathan Stone, Esquire
490 Schooley's Mountain Road–Bldg. 3A
Hackettstown, New Jersey 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
**Attorney for Debtor**

Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Stefan Sabo,

      Debtor.

Case No.:  18-28868
Chapter    13
Judge:     Michael B. Kaplan

### ORDER APPROVING PHYSICAL DAMAGE INSURANCE SETTLEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Stefan Sabo
Case No.: 18-28868 (MBK)
Caption: **ORDER APPROVING PHYSICAL DAMAGE INSURANCE SETTLEMENT**

___

     **THIS CAUSE** being brought by Debtor, by and through his attorney, pursuant to the Motion to Approve Physical Damage Insurance Settlement in the matter of Stefan Sabo (hereinafter the "Motion"); and

     **IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter; and

     **IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

     **IT FURTHER APPEARING** that the relief requested by Debtor in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon, Debtor having established good and sufficient cause to grant said relief; and

     **IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED**, and that it is

     **FURTHER ORDERED** that the physical damage insurance settlement of GEICO Indemnity Company for the 2013 Volkswagen Passat, in the sum of $4,763.78 to be paid to Wells Fargo Auto for lien of said vehicle; and

     **FURTHER ORDERED** that the Debtor, by and through his attorney, is therefore moving this Court to approve the settlement as set forth herein and to have the entire settlement signed back to Wells Fargo Auto the Lien Holder; and

     **FURTHER ORDERED** that this Court shall retain jurisdiction over this matter for all purposes related to the implementation and enforcement of this Order.