UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
**Jonathan Stone, Esquire**
**490 Schooley's Mountain Road–Bldg. 3A**
**Hackettstown, New Jersey 07840–4002**
**Tel. (908) 979–9919 / Fax. (908) 979–9920**
jonstonelaw@gmail.com
**Attorney for Debtor**

In re:

Stefan Sabo,

        **Debtor.**

Case No.:  18-28868
Chapter   13
Judge:    Michael B. Kaplan

Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER APPROVING PHYSICAL DAMAGE INSURANCE SETTLEMENT

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 18, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  Stefan Sabo
Case No.:  18-28868 (MBK)
Caption:  **ORDER APPROVING PHYSICAL DAMAGE INSURANCE SETTLEMENT**

_____

**THIS CAUSE** being brought by Debtor, by and through his attorney, pursuant to the Motion to Approve Physical Damage Insurance Settlement in the matter of Stefan Sabo (hereinafter the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by Debtor in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon, Debtor having established good and sufficient cause to grant said relief; and

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED**, and that it is

**FURTHER ORDERED** that the physical damage insurance settlement of GEICO Indemnity Company for the 2013 Volkswagen Passat, in the sum of $4,763.78 to be paid to Wells Fargo Auto for lien of said vehicle; and

**FURTHER ORDERED** that the Debtor, by and through his attorney, is therefore moving this Court to approve the settlement as set forth herein and to have the entire settlement signed back to Wells Fargo Auto the Lien Holder; and

**FURTHER ORDERED** that this Court shall retain jurisdiction over this matter for all purposes related to the implementation and enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28868-MBK
Stefan Sabo                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db            #+Stefan Sabo,    462 Route 519,    Stewartsville, NJ 08886-2032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           hkaplan@rasnj.com,   informationathnk@aol.com
          Jonathan  Stone    on behalf of Debtor Stefan  Sabo jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Kevin M. Buttery    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7